UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR (AKA NAFTALI) TRIPLETT,

                        Petitioner,

        -against-

P. REARDON,

                        Respondent.

1:20-CV-1064 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

      By order dated March 23, 2020, the Court directed Petitioner to show cause by declaration, within 60 days, why the Court should not deny his petition for a writ of *habeas corpus* as time-barred. By order dated May 28, 2020, the Court granted Petitioner a 30-day extension of time to comply with the Court's March 23, 2020 order. On July 2, 2020, the Court received a letter from Petitioner in which he requests another extension of time. (ECF 11.) The Court grants Petitioner another 30-day extension of time to comply with the Court's March 23, 2020 order. Petitioner must submit his declaration within 30 days of the date of this order.[1]

      If Petitioner fails to comply with the extended deadline, the Court will deny the petition as time-barred. No answer shall be required at this time.[2] The Court will not grant Petitioner any further extensions of time.

      Because Petitioner has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253.

---

[1] Petitioner's submissions need not be typed. They may be handwritten so long as they are legible.

[2] The Court will not rule on Petitioner's application for the Court to appoint counsel (ECF 2) until after Petitioner files a declaration in compliance with the March 23, 2020 order.

The Court directs the Clerk of Court to mail a copy of this order to Petitioner and note service on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  July 2, 2020
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge