UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR (NAFTALI) TRIPLETT,<br><br>                    Petitioner,<br><br>          v.<br><br>P. REARDON,<br><br>                    Respondent. | No. 20-CV-1064 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Petitioner's letter of October 8, 2020. *See* Dkt. 22. The Clerk of Court is respectfully directed to amend the case caption, as above, to alter the spelling of the Respondent. The Clerk of Court is further directed, in light of Petitioner's *pro se* status and his requests for copies of this Court's rules, to mail Petitioner copies of the Court's Special Rules & Practices in Civil Pro Se Cases, as well as its Emergency Individual Rules & Practices in Light of COVID-19. *See* Dkt. 19. The Clerk of Court is further directed to mail Petitioner a copy of this order.

SO ORDERED.

Dated:     October 20, 2020
           New York, New York

_____
Ronnie Abrams
United States District Judge