UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR TRIPLETT,

    Petitioner,

-v-

P. REARDON,

    Respondent.

CIVIL ACTION NO.: 20 Civ. 1064 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Petitioner Omar Triplett's letter dated May 17, 2021 (ECF No. 42). In response to Petitioner's question regarding how to serve documents on Respondent, the Court notes that Respondent receives electronic service of all documents that are filed with the Court. Accordingly, there is no need for Mr. Triplett to mail any documents that he files with the Court, including his response to Respondent's opposition to his Habeas petition. The Respondent was already served with an electronic copy of that document (ECF No. 40).

The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner at the address below.

Dated:     New York, New York
           May 26, 2021

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:     Omar (Naftali) Triplett
             01-A-2100
             P.O. Box 3600
             Marcy, NY 13403-3600