UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR TRIPLETT,

          Petitioner,

-v-

P. REARDON,

          Respondent.

CIVIL ACTION NO.: 20 Civ. 1064 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of an undated letter from Petitioner Omar Triplett, docketed on November 8, 2021 (ECF No. 47). The Court will consider this letter as a supplement in support of Mr. Triplett's Petition, which the Court will address in due course.

The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner at the address below.

Dated:    New York, New York
            November 10, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Omar (Naftali) Triplett
            01-A-2100
            P.O. Box 3600
            Marcy, NY 13403-3600