UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR TRIPLETT,

           Petitioner,

-v-

P. REARDON,

           Respondent.

CIVIL ACTION NO.: 20 Civ. 1064 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Petitioner Omar Triplett's request to file a supplement to his Petition (ECF No. 51) is GRANTED. Mr. Omar may file a supplement to his Petition by **March 15, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner at the address below.

Dated:    New York, New York
           March 1, 2022        SO ORDERED.

*Sarah Cave* (signature)
_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Omar (Naftali) Triplett
           01-A-2100
           P.O. Box 3600
           Marcy, NY 13403-3600