UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR TRIPLETT,

                Petitioner,

-v-

P. REARDON,

                Respondent.

CIVIL ACTION NO.: 20 Civ. 1064 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Petitioner Omar Triplett's request to "suspend all court deadlines, calendars [and] litigation" (ECF No. 53) is DENIED. In light of Mr. Omar's apparent transfer to a new facility, the Court sua sponte extends his deadline to file a supplement to his Petition to **April 6, 2022**.

Mr. Triplett is reminded that it is his responsibility to notify the court in writing if his contact information changes, and that failing to inform the court of an address change could result in dismissal of his case.

The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner at the address below.

Dated:      New York, New York
               March 23, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Omar (Naftali) Triplett
            01-A-2100
            P.O. Box 3600
            Marcy, NY 13403-3600