UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR TRIPLETT,

                Petitioner,

-v-                                  CIVIL ACTION NO.: 20 Civ. 1064 (RA) (SLC)

P. REARDON,                                   **ORDER**

                Respondent.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Petitioner Omar Triplett's supplement to his Petition (ECF No 56 (the "Supplement")), and his Motion for "a completely new trial, reconstruction hearing, outside investigation, reversal, time served[,] or bail" (ECF No. 55 (the "Motion") at 2) relating to Respondent's inability to locate the transcripts from Mr. Triplett's jury trials. By **May 12, 2022**, Respondent shall file responses to the Supplement and the Motion.

The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner at the address below.

Dated:      New York, New York
              April 12, 2022                  SO ORDERED.

                                                    _____
                                                    **SARAH L. CAVE**
                                                    **United States Magistrate Judge**

Mail To:      Omar (Naftali) Triplett
                01-A-2100
                P.O. Box 3600
                Marcy, NY 13403-3600