UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR TRIPLETT,

                Petitioner,

  -v-

P. REARDON,

                Respondent.

CIVIL ACTION NO.: 20 Civ. 1064 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court are Petitioner Omar Triplett's motions for "a completely new trial, reconstruction hearing, outside investigation, reversal, time served[,] or bail" relating to Respondent's inability to locate the transcripts from Mr. Triplett's jury trials (ECF No. 55 at 2), and for "permission or authorization pursuant to" Fed. R. Civ. P. 45 and Fed. R. Crim. P. 17 to serve deposition subpoenas on the two New York State Supreme Court justices who presided over Mr. Triplett's jury trials, his court-appointed trial counsel, and his appellate attorney. (ECF No. 60 (together with ECF No. 55, the "Motions")).

The Court DEFERS JUDGMENT on the Motions, and will consider the relief Mr. Triplett requests in the Motions when it issues its report and recommendation on his Petition.

The Clerk of Court is respectfully directed to terminate ECF Nos. 55 and 60, and to mail a copy of this order to Petitioner.

Dated:    New York, New York
            August 24, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**