UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR TRIPLETT,

                      Petitioner,

   -v-

P. REARDON,

                      Respondent.

CIVIL ACTION NO.: 20 Civ. 1064 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Petitioner Omar Triplett's request to file a further supplement (the "Supplement") to his Petition (ECF No. 66) is GRANTED, and the Court orders as follows:

1. By **November 30, 2022**, Mr. Triplett shall file the Supplement.

2. By **December 14, 2022**, Respondent may file a response, if any, to the Supplement.

Given that the Court has already permitted Mr. Triplett to supplement his Petition and has indicated that it will consider other filings as supplements to the Petition (see ECF Nos. 47; 48; 49; 52; 56), no further supplements are necessary, and the Court will deem the Petition fully submitted on receipt of the Supplement.

The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner at the address below.

Dated:    New York, New York
           November 16, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:    Omar (Naftali) Triplett
            01-A-2100
            Five Points C.F.
            State Rt. 96
            P.O. Box 119
            Romulus, NY 14541