UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR TRIPLETT,

                        Petitioner,

    -v-                                            CIVIL ACTION NO.: 20 Civ. 1064 (RA) (SLC)

P. REARDON,                                    **ORDER**

                        Respondent.

**SARAH L. CAVE,** United States Magistrate Judge.

On November 16, 2022, the Court granted Petitioner Omar Triplett's request to file a further supplement (the "Supplement") to his petition for a writ of habeas corpus, and directed him to file the Supplement by November 30, 2022. (ECF No. 67 (the "November 16 Order")). The November 16 Order was mailed to Mr. Triplett on November 17, 2022. (See ECF min. entry Nov. 17, 2022).

The Court is now in receipt of Mr. Triplett's letter dated November 17, 2022, in which he again requests leave to file the Supplement. (ECF No. 68 (the "Request")). In the Request, Mr. Triplett also requests the "fill-out forms" necessary to file the Supplement, and a copy of his letter to the Court at ECF No. 64. (Id.) The Court presumes that Mr. Triplett filed the Request before he received the November 16 Order and, thus, was not aware that the Court already granted his request to file the Supplement. Accordingly, the Request is GRANTED IN PART and DENIED IN PART as follows:

1. In light of the November 16 Order, the Request is DENIED as moot insofar as Mr. Triplett requests leave to file the Supplement. Because Mr. Triplett has indicated that he does not have the forms necessary to file the Supplement, the Court sua sponte extends his deadline to file the Supplement, and directs him to do so by

**December 21, 2022**.  Respondent may file a response, if any, to the Supplement by **January 4, 2023**.

2. The Request is otherwise GRANTED.  The Clerk of Court is respectfully directed to mail to Mr. Triplett (i) the forms necessary for him to file the Supplement, and (ii) a copy of his letter at ECF No. 64.

The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner at the address below.

Dated:   New York, New York          SO ORDERED.
         November 29, 2022

                                     _____
                                     SARAH L. CAVE
                                     United States Magistrate Judge

Mail to:   Omar (Naftali) Triplett
           01-A-2100
           Five Points C.F.
           State Rt. 96
           P.O. Box 119
           Romulus, NY 14541