UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR TRIPLETT,

                          Petitioner,

-v-                                         CIVIL ACTION NO.: 20 Civ. 1064 (RA) (SLC)

P. REARDON,                                        **ORDER**

                          Respondent.

**SARAH L. CAVE,** United States Magistrate Judge.

On November 16, 2022, the Court granted Petitioner Omar Triplett's request to file a further supplement (the "Supplement") to his petition for a writ of habeas corpus. (ECF No. 67). On November 29, 2022, the Court sua sponte extended this deadline, directed Mr. Triplett to file the Supplement by December 21, 2022, and permitted Respondent to file a response, if any, to the Supplement by January 4, 2023. (ECF No. 69).

The Court is now in receipt of Mr. Triplett's letter dated January 3, 2023 enclosing the Supplement. (ECF No. 70). Although Mr. Triplett filed the Supplement after the Court-ordered deadline, the Court sua sponte grants him a nunc pro tunc extension and will accept the Supplement. Respondent may file a response, if any, to the Supplement by **January 25, 2023**.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Triplett.

Dated:      New York, New York            SO ORDERED.
              January 11, 2023

                                                        _____
                                                        SARAH L. CAVE
                                                       United States Magistrate Judge