UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR TRIPLETT,

                     Petitioner,

-v-

P. REARDON,

                     Respondent.

CIVIL ACTION NO.: 20 Civ. 1064 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 31, 2023, the Court issued a Report and Recommendation on Petitioner Omar Triplett's petition for a writ of habeas corpus. (ECF No. 75). On April 3, 2023, the Clerk of Court mailed a copy of the Report and recommendation to Mr. Triplett. (ECF min. entry April 3, 2023).

The Court is in receipt of April 12, 2023 letter requesting "a outline/dateline of all [his] past correspondence" with the Court and "a ruling or statute to allow [him[ to speed up the process of [his] release or new trial." (ECF No. 76). On April 21, 2023, the Clerk of Court mailed to Mr. Triplett a copy of the docket sheet, which reflects all correspondence that the Court has received from Mr. Triplett. (ECF min. entry April 21, 2023).

The Clerk of Court is respectfully directed to re-send a copy of the Report and Recommendation (ECF No. 75) to Mr. Triplett, along with a copy of this Order.

Dated:      New York, New York        SO ORDERED.
            April 21, 2023

                                                                    SARAH L. CAVE
                                                                    United States Magistrate Judge