UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR TRIPLETT,

                             Petitioner,

-v-                                            CIVIL ACTION NO.: 20 Civ. 1064 (RA) (SLC)

P. REARDON,                                **ORDER**

                             Respondent.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of pro se Petitioner Omar Triplett's May 23, 2023 letter requesting "to know if . . . [he] received [] a Certificate of Appealability" and for "an extension of time to file . . . an appeal." (ECF No. 82). The Appeals Package sent to Mr. Triplett (see ECF min. entry May 9, 2023) was informational only. It was not a Certificate of Appealability. Mr. Triplett's objections to the Court's March 31, 2023 Report and Recommendation regarding his Petition (ECF No. 75) remain pending. Accordingly, Mr. Triplett's request for an extension of time to file an appeal is DENIED WITHOUT PREJUDICE as premature.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Triplett.

Dated:      New York, New York               SO ORDERED.
              June 1, 2023

                                                                SARAH L. CAVE
                                                                United States Magistrate Judge