UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR TRIPLETT,

                Petitioner,

-v-

P. REARDON,

                Respondent.

CIVIL ACTION NO.: 20 Civ. 1064 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the annexed mailing from pro se Petitioner Omar Triplett regarding his "Notice of Appeal" (the "Appeal") and his requests (the "Requests") for an extension of time to file a notice of appeal and for leave to proceed in forma pauperis on appeal. As set forth in the Court's June 1, 2023 Order (ECF No. 83), any appeal is premature at this time. Accordingly, the Requests are DENIED WITHOUT PREJUICE to renewal at the appropriate time. The Court construes Mr. Triplett's Appeal as a further objection to the Court's March 31, 2023 Report and Recommendation (ECF No. 75), which is pending before the Honorable Ronnie Abrams.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Triplett.

Dated:    New York, New York
            June 7, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

U.S. District Court
Southern District NY

---

Omar Triplett
-V-
P. Reardon

---

Affidavit

20-cv-1064

I, Omar Triplett - AKA the Doc - am petitioner in this proceeding. Everything is True; & on June 1, 2023 I delivered this Appeal Petition to officer to be delivered to U.S Post Office

Pursuant to 28 USC 1746

June 1, 2023

Respectfully submitted

O- [signature]

Omar Triplett #01A2100
Great Meadows C.F
P.O. Box 51
Comstock NY 12851

<u>Attachment</u>

- My issue is this:
    1) The whole AEDPA is a Flagrant Violation.
    2) Ineffective Assistance of Trial counsel in regards to plea
    3) utilizing illegaly confiscated ~~material~~ material against me.
    4) Batson Violation & Justice
    5) Major Prosecuturial Misconduct
    6) missing or destroyed Trial minutes so in all actuality you cannot realistically refute & denied my Argument
    7) Not charging not responsible because of Mental Disease or defect to Jurys
    8) Not resentencing me in Accordance with the law of PRS - Post release supervision
    9) Allowing a grossfully unqualified Juror to be included and stay in Jury
    10) Actual & Factual Innocent
    11) & Any other stuff I neglected But is all contained in the Past CPL 440 & Fed. Habeas petition

Dated June 1, 2023

O. Triplett
01A2600

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Omar (Naftali) "The Doc" Triplett
(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 1064 ( )( )

-against-

**NOTICE OF APPEAL**

P. Reardon

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Omar Triplett -AKA- The Doctor
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☑ order entered on: March 31, 2023
(date that judgment or order was entered on docket)

that: 1) Denied my Feb. 7, 2020 initial petition, 2) Denile of my response to Asst. Att. General Motion Dated April 22, 2021
(If the appeal is from an order, provide a brief description above of the decision in the order.)

May 31, 2023
Dated

[Signature]
Signature

Omar Triplett #01A2600
Name (Last, First, MI)

Great Meadows  Correctional Facility  Comstock NY  12821
Address        City           State        Zip Code

518 639-5516
Telephone Number

E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

Denile of my Discovery/subpoena petition, & Finally, Denile of my supplemental petition Dated Jan. 2-3-2023.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Omar Triplett - "The Doc"
(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 cv 1064 ( )( )

-against-

P. Reardon

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on March 31, 2023 but did not file a notice of appeal within the required

date

time period because:

The courts response came Late (April 18, 2023) & when I requested to Appeal or for Appealability Papers, I recieved these enclosed (this) form May 19th

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: MAY 31, 2023

Signature: [signed]

Name (Last, First, MI): OMAR (Naftali - or "The Doc") Triplett

Address: Great Meadows Correctional Facility   City: P.O. Box 51 Comstock   State: NY   Zip Code: 12821

Telephone Number: 518 639 5516

E-mail Address (if available):

Rev. 3/27/15

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

___Omar Triplett (The Doc)___
(List the full name(s) of the plaintiff(s)/petitioner(s).)

___20___ CV ___1064___ ( ) ( )

-against-

___P. Reardon___

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.   See Attached Financial Paper

___May 31, 2023___        [Signature]
Dated                                   Signature

___Omar Triplett (The Doc)___
Name (Last, First, MI)

___Great Meadows Correctional Facility___   ___P.O. Box 51 Comstock___ ___NY___ ___12821___
Address                         City                              State           Zip Code

___518 639 5516___
Telephone Number                                   E-mail Address (if available)

Rev. 12/23/13

## Application to Appeal In Forma Pauperis

Triplett v. P. Reardon     Appeal No. _____

District Court or Agency No. 1:20-CV-1064

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _[signature]_ | Date: May 31, 2023 |

My issues on appeal are: (required):

See Attachment

1.  *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ NA | $ NA | $ NA | $ NA |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |

- 1 -

| | | | | |
|---|---|---|---|---|
| Interest and dividends | $ NA | $ NA | $ NA | $ NA |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| **Total monthly income:** | $ 0 | $ 0 | $ 0 | $ 0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | NA | NA | $ NA |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | NA | NA | $ NA |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have?* $ __NA__

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N.A | NA | $ NA | $ NA |
|  |  | $ | $ |
|  |  | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ NA |
| NA | NA | Make and year: |
|  |  | Model: |
|  |  | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ NA | (Value) $ NA | (Value) $ NA |
| Make and year: |  |  |
| Model: |  |  |
| Registration #: |  |  |

- 3 -

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NA | $ NA | $ NA |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| NA | NA | NA |
|  |  |  |
|  |  |  |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| NA | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? ☐ Yes ☐ No  Is property insurance included? ☐ Yes ☐ No | $ NA | $ NA |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |

- 4 -

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
|     Motor Vehicle: | $ | $ |
|     Credit card (name): | $ | $ |
|     Department store (name): | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | $ 0 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

N/A  ☐ ~~Yes~~  ☐ ~~No~~   If yes, describe on an attached sheet.

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☐ No

N/A   *If yes, how much?* $ _____

- 5 -

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

12. *Identify the city and state of your legal residence.*

    City **Comstock**   State **NY**

    Your daytime phone number: **518 639-5516**

    Your age: **44**   Your years of schooling: **roughfully 38 years**

    Last four digits of your social-security number: **4271**

    Great Meadows Correctional
    Facility
    PO Box 51
    Comstock NY 12851-0051

```
                          STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                         GREAT MEADOW CORRECTIONAL FACILITY
                          INMATE STATEMENT FOR THE PERIOD 03/01/23 THRU 03/31/23
****************************************************************************************
*                                                                                      *
* NAME:TRIPLETT OMAR              DEPT ID:01A2100   CELL LOC:BH-02-B09  NYSID:07823002M *
*                                                                                      *
****************************************************************************************

FACILITY       DATE        ---- TRANSACTION ----      TR-NUM      RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE     STATEWIDE
                              (COMMENTS)                                                                  SPENDABLE     ACCT BAL
                           STARTING BALANCE AT GREAT MEADOW                                    308.59          .00         308.59
                           BALANCE FORWARD
GREAT MEADOW   03/23/23 PAYROLL RCPT              780007           1.00          .00             1.00          .00         309.59
GREAT MEADOW   03/30/23 PAYROLL RCPT              780004           1.00          .00             1.00          .00         310.59

               MONTHLY ENDING TOTALS                               2.00          .00           310.59          .00         310.59

               ENDING BALANCE AT GREAT MEADOW                                                                              310.59

               20% OF AVERAGE 6 MO SPENDABLE BALANCE       .06    20% OF AVERAGE 6 MO DEPOSIT AMT               10.39

                                          LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    5.77
                                          THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

--- REASON ---        DATE IMPOSED  --- NOTES ---                          ADVANCE BREAKDOWN
                                                                           TOTAL OWED       COL TO-DATE   BALANCE DUE
POSTAGE ADVANCE       01/05/23      LEGAL MAIL                                14.60             4.77          9.83
POSTAGE ADVANCE       01/06/23      LEGAL MAIL                                   .57              .00           .57

--- REASON ---        DATE IMPOSED  --- NOTES ---       ENCUMBRANCE BREAKDOWN
                                                        TOTAL OWED  COL MTDATE   COL TO-DATE  BALANCE DUE  CNTY/ORI CASE
SURCHARGE             04/16/01      488/00                 155.00       .00         151.43        3.57     NEW YORK
RESTITUTION           05/30/01      HAND SCANNER           435.00       .00         117.77      317.23
DISCIPLINARY TIER III 05/30/01                               5.00       .00             .01        4.99
DISCIPLINARY TIER III 01/22/02      1/9/02                   5.00       .00             .30        4.70
SURCHARGE             05/29/02      711/00                 155.00       .00             .00      155.00    KINGS
DISCIPLINARY TIER II  08/05/02      7/16/02                  5.00       .00             .00        5.00
DISCIPLINARY TIER III 09/04/02      8/16/02                  5.00       .00            1.52        3.48
DISCIPLINARY TIER III 10/03/02      9/13/02                  5.00       .00             .00        5.00
DISCIPLINARY TIER II  10/29/02      101102                   5.00       .00             .00        5.00
DISCIPLINARY TIER II  09/03/03      08/22/03                 5.00       .00             .00        5.00
DISCIPLINARY TIER II  10/07/03      09/29/03                 5.00       .00             .00        5.00
DISCIPLINARY TIER II  11/13/03      10/30/03                 5.00       .00             .00        5.00
DISCIPLINARY TIER II  01/29/04      01/17/04                 5.00       .00             .00        5.00
DISCIPLINARY TIER II  03/02/04      02/03/04                 5.00       .00             .00        5.00
RESTITUTION           04/06/04      PILLOWCASE               2.50       .00             .00        2.50
DISCIPLINARY TIER III 04/13/04      3/20/04                  5.00       .00             .00        5.00
DISCIPLINARY TIER II  05/04/04      04/15/04                 5.00       .00             .00        5.00
DISCIPLINARY TIER II  05/25/04      050904                   5.00       .00             .00        5.00
DISCIPLINARY TIER II  06/25/04      06/09/04                 5.00       .00             .00        5.00
DISCIPLINARY TIER II  08/06/04      07/09/04                 5.00       .00             .00        5.00
DISCIPLINARY TIER III 01/10/05      INC 12-03-04             5.00       .00             .00        5.00
DISCIPLINARY TIER III 08/03/05      072005                   5.00       .00             .00        5.00
OTHER                 12/23/05      MEDICAL COPIES           1.00       .00             .00        1.00

                                            CONTINUED
```

```
                          STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                        GREAT MEADOW CORRECTIONAL FACILITY
                          INMATE STATEMENT FOR THE PERIOD 03/01/23 THRU 03/31/23
******************************************************************************
* NAME:TRIPLETT OMAR              DEPT ID:01A2100    CELL LOC:BH-02-B09  NYSID:07823002M *
******************************************************************************

                                   CONTINUATION
```

| --- REASON ---        | DATE IMPOSED | --- NOTES ---   | TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE | CNTY/ORI CASE |
|---|---|---|---|---|---|---|---|
| DISCIPLINARY TIER III | 02/22/13 | 02/15/13      | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER III | 03/01/13 | 2/22/13       | 5.00   | .00 | 1.80 | 3.20   | |
| DISCIPLINARY TIER III | 03/01/13 | 2/22/13       | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER III | 04/08/13 | HD 3/27/13    | 5.00   | .00 | .00  | 5.00   | |
| RESTITUTION           | 04/08/13 | HD 3/27/13    | 49.00  | .00 | .00  | 49.00  | |
| DISCIPLINARY TIER III | 04/24/13 | HD04/19/13    | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER III | 09/11/13 | HD08/16/13    | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER III | 09/11/13 | HD08/29/13    | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER III | 12/27/13 | HD 11/26/13   | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER III | 04/14/14 | HD 3/27-4/2/14| 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER III | 04/25/14 | HD 4/1-4/8/14 | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER III | 06/02/14 | HD 4/24/14    | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER III | 01/22/15 | HD 1/9-13/15  | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER III | 06/02/16 | 5/16/16-49    | 5.00   | .00 | 4.86 | .14    | |
| DISCIPLINARY TIER III | 09/09/16 | 7/8/16-49     | 5.00   | .00 | .39  | 4.61   | |
| DISCIPLINARY TIER III | 09/21/16 | 8/26/16-49    | 5.00   | .00 | .84  | 4.16   | |
| DISCIPLINARY TIER II  | 07/06/17 | HD 7/3/17     | 5.00   | .00 | .32  | 4.68   | |
| DISCIPLINARY TIER II  | 07/18/17 | HD 7/14/2017  | 5.00   | .00 | .57  | 4.43   | |
| DISCIPLINARY TIER II  | 10/03/17 | HD 10/2/17    | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER II  | 10/19/17 | HD 10/18/17   | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER II  | 11/16/17 | HD 11/15/17   | 5.00   | .00 | .25  | 4.75   | |
| DISCIPLINARY TIER II  | 12/04/17 | HD 11/28/17   | 5.00   | .00 | .04  | 4.96   | |
| DISCIPLINARY TIER III | 09/04/18 | 8/4/18        | 5.00   | .00 | 3.46 | 1.54   | |
| DISCIPLINARY TIER II  | 09/10/18 | 8/27/18       | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER II  | 11/05/18 | 10/26/18      | 5.00   | .00 | 1.41 | 3.59   | |
| DISCIPLINARY TIER II  | 11/27/18 | 11/11/18      | 5.00   | .00 | 1.14 | 3.86   | |
| DISCIPLINARY TIER II  | 01/10/19 | 12/7/18-49    | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER II  | 03/22/19 | HD 031419     | 5.00   | .00 | 4.34 | .66    | |
| DISCIPLINARY TIER III | 04/16/19 | 040219        | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER II  | 05/15/19 | 050419        | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER II  | 05/23/19 | 051719        | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER II  | 05/29/19 | 052119        | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER III | 06/05/19 | 051419        | 5.00   | .00 | .00  | 5.00   | |
| EYE GLASSES           | 06/10/19 | DESTROYED     | 35.00  | .00 | .00  | 35.00  | |
| DISCIPLINARY TIER III | 07/14/20 | 6/27/20-49    | 5.00   | .00 | .00  | 5.00   | |
| DISCIPLINARY TIER III | 06/17/21 | 03/28/21-49   | 5.00   | .00 | .00  | 5.00   | |
| FED FILE FEE USDCNDNY | 07/09/21 | 9:21CV00559   | 350.00 | .00 | .00  | 350.00 | |
| DISCIPLINARY TIER III | 08/02/21 | 07/16/21-49   | 5.00   | .00 | .00  | 5.00   | |
| FED FILE FEE USDCNDNY | 10/28/21 | 17CV656       | 505.00 | .00 | .00  | 505.00 | |

CONTINUED

```
                          STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                      GREAT MEADOW CORRECTIONAL FACILITY
                             INMATE STATEMENT FOR THE PERIOD 03/01/23 THRU 03/31/23
********************************************************************************
*                                                                               *
* NAME:TRIPLETT OMAR           DEPT ID:01A2100    CELL LOC:BH-02-B09 NYSID:0782300ZM *
*                                                                               *
********************************************************************************

                      CONTINUATION

---- REASON ----         DATE IMPOSED  --- NOTES ---      TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE  CNTY/ORI CASE
DISCIPLINARY TIER III    12/22/21      11/18/21-49             5.00         .00         2.55         2.45
FED FILE FEE USDCNDNY    01/05/22      21 2536               505.00         .00          .00       505.00
DISCIPLINARY TIER II     03/28/22      3/14/22                 5.00         .00         4.74          .26
DISCIPLINARY TIER II     07/27/22      HD 072622               5.00         .00          .00         5.00
DISCIPLINARY TIER II     07/28/22      HD 063022/00            5.00         .00          .00         5.00
DISCIPLINARY TIER II     07/28/22      HD 070122/00            5.00         .00          .00         5.00
DISCIPLINARY TIER II     09/14/22      HD 091322               5.00         .00          .93         4.07
DISCIPLINARY TIER III    02/06/23      1/18/23                 5.00         .00          .00         5.00
DISCIPLINARY TIER III    02/06/23      1/18/23                 5.00         .00          .00         5.00
DISCIPLINARY TIER III    02/27/23      1/26/23                 5.00         .00          .00         5.00

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```