UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
OMAR (NAFTALI) TRIPLETT,

                Plaintiff,                                    20 **CIVIL** 1064 (LTS)(SLC)

        -against-                                      **JUDGMENT**

P. REARDON,,

                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 27, 2023, Petitioner's objections to the Report and Recommendation are overruled. The Court adopts the Report and denies Mr. Triplett's Petitions and Discovery Motion in their entirety. The Clerk of Court is requested to enter judgment accordingly. This order resolves docket entry no. 75. Petitioner may not appeal this order unless "a circuit justice or judge issues a certificate of appealability." 28 U.S.C.A. § 2253(c)(1) (Westlaw through P.L. 118-19). A certificate will be granted "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2) (Westlaw through P.L. 118-19); see generally United States v. Perez, 129 F.3d 255, 259-60 (2d Cir. 1997) (discussing the standard for issuing a certificate of appealability). The Court finds that Petitioner will not be able to sustain this burden. The Court declines to issue a certificate of appealability. Accordingly, the case is closed.

**Dated:**  New York, New York
        October 27, 2023

                                                              **RUBY J. KRAJICK**
                                                                 Clerk of Court

                                        **BY:**
                                                                _____
                                                                   **Deputy Clerk**