UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

OMAR (NAFTALI) TRIPLETT,

    Plaintiff,

  -v-                                        No.  20-CV-1064-LTS-SLC

P. REARDON,

    Defendant.

-------------------------------------------------------x

## ORDER

The Court has received and reviewed Mr. Triplett's pro se motion requesting that the Court "send [him] materials/attorneys to appeal" the Court's order dated October 27, 2023 (docket entry no. 85 (the "Order")).  (See docket entry no. 89 (the "Motion").)  This is the second such request that the Court has received from Mr. Triplett.  (See docket entry no. 87.)  For substantially the same reasons that the Court denied Mr. Triplett's first request (see docket entry no. 88), Mr. Triplett's request is denied.

This Order resolves docket entry no. 89.  The Clerk's office is respectfully directed to mail Mr. Triplett a copy of this Order at the address below.

    SO ORDERED.

Dated: New York, New York
       March 5, 2024

                                                      /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

Mail to:
Omar Triplett
#01-A-2100
Great Meadow C.F.
Box 12821
Comstock, NY 14541