UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

OMAR (NAFTALI) TRIPLETT,

Plaintiff,

-v- No. 20-CV-1064-LTS-SLC

P. REARDON,

Defendant.

-------------------------------------------------------x

ORDER

The Court has received and reviewed Mr. Triplett's pro se motion (docket entry no. 95) seeking leave to file a late notice of appeal of the Court's order dated October 27, 2023. This is Mr. Triplett's third such motion. (See docket entry nos. 87, 89.) For substantially the same reasons that the Court denied Mr. Triplett's first two requests (docket entry no. 88, 90), Mr. Triplett's motion is denied.[1] This Order resolves docket entry no. 95. The Clerk of Court is respectfully directed to mail Mr. Triplett a copy of this Order at the address listed below.

1 Mr. Triplett purports to bring the instant motion pursuant to Federal Rule of Appellate Procedure 26. While it is true that that rule permits a court to "extend the time prescribed by these rules" for good cause, the Rule expressly states that courts "may not extend the time to file . . . a notice of appeal (except as authorized in Rule 4) or a petition for permission to appeal." Fed. R. App. P. 26(b)(1). Since the Court already found unavailing Mr. Triplett's motion brought pursuant to Federal Rule of Appellate Procedure 4 (docket entry no. 88), there is no avenue under Rule 26 for the Court to grant his requested relief.

SO ORDERED.

Dated: New York, New York
October 9, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

Mail to:
Omar Triplett
#01-A-2100
Attica Correctional Facility
Box 149
Attica, New York 14011